UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-0149-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ROBERTO PABLO GUTIERREZ | ) | |
| | ) | |

This matter is before the court on defendant's *pro* se motion for official issuance of a corrected PSR. (DE # 116.) Defendant requests that the court direct the U.S. Probation Office to issue a corrected PSR to reflect that the court sustained his objection to the obstruction of justice enhancement. Because the Statement of Reasons submitted to the Bureau of Prisons, along with copies of the PSR and judgment, accurately indicates that the court sustained defendant's objection to the obstruction of justice enhancement, the motion is DENIED. However, the U.S. Probation Office is DIRECTED to re-submit the Statement of Reasons to defendant's case manager at FMC-Butner, where Bureau of Prisons records indicate defendant is being housed.

This 12 January 2016.

_____
W. Earl Britt
Senior U.S. District Judge