IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-149-1-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERTO PABLO GUTIERREZ | ) | |

This matter is before the court on defendant's motion to seal his memorandum in support of his compassionate release motion. (DE # 134.) Nothing in the memorandum itself contains confidential or sensitive information. Therefore, if defendant wishes the court to consider the memorandum, it shall be filed publicly within three days. See Local Criminal Rule 55.2(b)(3). Defendant's medical records, Exhibit 1, to the memorandum may be filed under seal. Defendant's summary reentry plan, Exhibit 2, may be redacted in accordance with Fed. R. Crim. P. 49.1(a), and the redacted version shall be filed publicly within three days.

The motion to seal is GRANTED IN PART and DENIED IN PART.

This 6 March 2020.

_____
W. Earl Britt
Senior U.S. District Judge