UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** July 30, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **GUTIERREZ, Roberto Pablo**
**Case No.: 5:11-CR-149-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On January 3, 2012, Roberto Pablo Gutierrez was convicted of Conspiracy to Distribute and Possess With the Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine Mr. Gutierrez appeared in United States District Court for the Eastern District of North Carolina and received 292 months imprisonment, followed by 5 years of supervised release. On May 26, 2016, pursuant to 18 U.S.C.§ 3582(c)(2), his term of imprisonment was reduced to 235 months. Furthermore, on April 30, 2020, pursuant to 18 U.S.C. § 3582(c)(1), his term of imprisonment was reduced to Time Served. He began supervision on May 8, 2020, in the Northern District of Texas.

According to the Northern District of Texas, Mr. Gutierrez has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges, and has been on the administrative caseload reserved for individuals who have demonstrated a high level of compliance and are considered a low risk for re-offending. All drug screens have been negative. Mr. Gutierrez is gainfully employed and has met all his monetary obligations. His term of supervision is set to expire on May 7, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_                    7-30-24
Terrence W. Boyle                   Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Crim. No. 5:11-CR-149-1BO

**ROBERTO PABLO GUTIERREZ**

On May 8, 2020, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: July 30, 2024

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __30__ day of __July__, 2024.

Terrence W. Boyle  
United States District Judge